AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ LEDON JOHNTTAE RAMSEY

DISTRICT COURT NUMBER
CR08-349 DLJ

**DEFENDANT**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA GARTH HIRE

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction  } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

*UNITED STATES v. LEDON JOHNTTAE RAMSEY*

### COUNT ONE
**Use of a Communications Facility (Telephone) to Facilitate Narcotics Trafficking**
**(21 U.S.C. § 843(b))**

| | |
|---|---|
| Imprisonment: | Maximum Four Years |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 1-Year Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO
**Distribution of Crack Cocaine**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT THREE
**Distribution of Crack Cocaine within 1,000 Feet of a High School and Public Housing
(21 U.S.C. § 860)**

| | |
|---|---|
| Imprisonment: | Maximum 80 Years Imprisonment<br>(Twice that authorized by 21 U.S.C. § 841(b)(1)(B)(iii)) |
| Fine: | Maximum $4,000,000<br>(Twice that authorized by 21 U.S.C. § 841(b)(1)(B)(iii)) |
| Supervised Release: | Maximum Lifetime Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

**FILED**

MAY 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

Ledon Johnttae Ramsey, a/k/a Ledon Johntta Ramsey, a/k/a "Bam",

CR08-349    DLJ

DEFENDANT.

## INDICTMENT

21 U.S.C. § 843(b) - Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking;
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) - Distribution of Crack Cocaine;
21 U.S.C. § 860 - Distribution of Crack Cocaine Within 1,000 Feet of a High School and Public Housing

A true bill.

_____ Foreman

Filed in open court this 28 day of MAY 2008

_____ Clerk

Bail $ No bail arrest warrant.
Wayne D. Brazil 5/28/08

FILED
MAY 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-349 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | VIOLATIONS: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Crack Cocaine; 21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of a High School and Public Housing |
| LEDON JOHNTTAE RAMSEY, a/k/a Ledon Johntta Ramsey, a/k/a "Bam," | ) | |
| Defendant. | ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about April 15, 2008, in the Northern District of California, defendant

LEDON JOHNTTAE RAMSEY,
a/k/a Ledon Johntta Ramsey,
a/k/a "Bam,"

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a Schedule II controlled substance, namely, approximately 11.4 grams of a mixture and substance

INDICTMENT

1

Document No.
District Court
Criminal Case Processing

containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

COUNT TWO:    (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Crack Cocaine)

On or about April 15, 2008, in the Northern District of California, defendant

LEDON JOHNTTAE RAMSEY,
a/k/a Ledon Johntta Ramsey,
a/k/a "Bam,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 11.4 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

COUNT THREE:    (21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of a High School and Public Housing)

On or about April 15, 2008, in the Northern District of California, defendant

LEDON JOHNTTAE RAMSEY,
a/k/a Ledon Johntta Ramsey,
a/k/a "Bam,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 11.4 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine within 1,000 feet of a high school and public housing in

///
///
///
///
///
///
///
///

INDICTMENT

2

1 | violation of Title 21, United States Code, Section 860.
2 | DATED:
3 |     5-28-08                                       A TRUE BILL
4 |                                                   _____
  |                                                   FOREPERSON
5 | JOSEPH P. RUSSONIELLO
  | United States Attorney
6 |
7 |
8 | _____
  | W. DOUGLAS SPRAGUE
  | Chief, Oakland Branch
9 |
10 | (Approved as to form: _____
11 |                       AUSA GARTH HIRE

INDICTMENT

3