| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | GARTH HIRE (CABN 187330)<br>Assistant United States Attorney |

1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-Mail: Garth.Hire@udoj.gov

Attorneys for Plaintiff

**FILED**
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>LEDON JOHNTTAE RAMSEY,<br>  a/k/a Ledon Johntta Ramsey,<br>  a/k/a "Bam,"<br><br>     Defendant. | NO. CR08-349 DLJ<br><br>SEALING APPLICATION AND SEALING ORDER<br><br>**_UNDER SEAL_** |

The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents) in the above-captioned case filed with the Court on May 28, 2008, be filed under seal until further order of the Court. The reason for this request is to facilitate the

///

///

///

SEALING APPLICATION AND ORDER

1

arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: May 28, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

GARTH HIRE
Assistant United States Attorney

### ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on May 28, 2008, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents).

IT IS SO ORDERED.

DATED: 5/28/08

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER

2