**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 2, 2008

<u>VIA FACSIMILE (510) 637-3545</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**<u>United States v. Ledon Ramsey, CR 08-00349 DLJ</u>**
**RE: Request to continue matter from June 5, 2008 to June 6, 2008**

Dear Judge Brazil :

I am writing to ask that the detention hearing in this case, originally calendared for Thursday, June 5, 2008 at 10:00 a.m., be continued one day to Friday, June 6, 2008 at 10:00 a.m. The reason for the request is that I am not available on Thursday. I have spoken with Mr. Ramsey and he understands that he has a right to have his detention hearing on Thursday, June 5, 2008. Mr. Ramsey is willing to continue the hearing one day so that I can be available to represent him at the hearing.

I have spoken with US Pretrial Services Amelia Berthelsen and she is available should the Court continue the matter to Friday, June 6, 2008. I also left a message for AUSA Garth Hire but do not know whether or not he is available.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

/S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:   Garth Hire, AUSA
      Amelia Berthelsen, US Pretrial