UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

v.                                                                  **No.** CR-08-00349-DLJ

**Defendant:** Ledon Johnttae Ramsey [present; in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| SETTING/STAT | -HELD |

**Notes:**

**Case Continued to**   7/25/08 AT 9:00AM   for  STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                      for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**  6/20/08     **Ends:** 7/25/08