JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> LEDON JOHNTTAE RAMSEY, <br>     Defendant. | No. CR-08-0349 DLJ <br><br> [PROPOSED] ORDER STAYING RELEASE ORDER FOR DEFENDANT LEDON JOHNTTAE RAMSEY <br><br> Date: July 25, 2008 <br> Time: 9:00 a.m. <br> Court: Hon. D. Lowell Jensen |

Having received the government's appeal of the magistrate's release order in this case, this Court hereby stays the release order issued on July 21, 2008, by the Honorable Wayne D. Brazil, until the government's appeal may be heard by this Court.

DATED:_____

                                                          HON. D. LOWELL JENSEN
                                                          United States District Judge