JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

FILED
JUL 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-0349 DLJ |
|---|---|---|
|     Plaintiff, | ) | [~~PROPOSED~~] ORDER STAYING RELEASE ORDER FOR DEFENDANT LEDON JOHNTTAE RAMSEY |
| v. | ) | |
| LEDON JOHNTTAE RAMSEY, | ) | Date: July 25, 2008<br>Time: 9:00 a.m.<br>Court: Hon. D. Lowell Jensen |
|     Defendant. | ) | |

Having received the government's appeal of the magistrate's release order in this case, this Court hereby stays the release order issued on July 21, 2008, by the Honorable Wayne D. Brazil, until the government's appeal may be heard by this Court.

DATED: 7-22-08

                                    HON. D. LOWELL JENSEN
                                    United States District Judge