UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:   July 25, 2008

**Clerk:** Frances Stone
**Court Reporter:** MARGO GURULE

**Plaintiff:**  United States

v.                                                            **No.** CR-08-00349-DLJ

**Defendant:** Ledon Johnttae Ramsey

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Joyce Leavitt

**Pretrial Services Officer:** Victoria Gibson

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Government Motion Appealing Magistrate's Release Order- HELD**

Per Magistrate Judge Brazil's Release Order, the Court will allow release for defendant to live at home of Monita Thomas(listed on PR Bond), cousin of the defendant and her husband, LaEdward Thomas in Antioch, California. Court adds following: Defendant is to be on Electronic Monitoring, to be set up by Pretrial Services as quickly as possible. Pretrial Services to set up schedule of his at home hours. The defendant is to be on electronic monitoring two weeks before he can begin his job search. The defendant is to stay away from Richmond, California and Kennedy Manor.
GOVERNMENT TO SUBMIT ORDER TO COURT.

**Notes:**

**Case Continued to**    8/8/08 AT 9:00AM   for  STATUS

**Motions to be filed by:**       **Opposition Due:**
**Case Continued to**                             for Pretrial Conference

**Case Continued to**           for              Trial

**Excludable Delay: Category: Begins:**    7/25/08        **Ends:** 8/8/08