JOSEPH P. RUSSONIELLO (CABN 44332 )
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3929
    Facsimile:   (510) 637-3724
    E-Mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>LEDON JOHNTTAE RAMSEY  )<br>  )<br>    Defendant.  )<br>_____ ) | No. CR 08-0349 DLJ<br><br>[PROPOSED] ORDER |

    On July 25, 2008, this Court heard the government's appeal of Magistrate Judge Wayne D. Brazil's order releasing defendant Ledon Johnttae Ramsey pending trial in this matter. For the reasons set forth at the hearing, the government's appeal is DENIED.

    Defendant is ordered released to the custody of Movita Thomas and LaEdward Thomas under the following conditions:

    (1)    Defendant is to reside at the Thomas' residence at 1949 Cavallo Road, Apartment #14, Antioch, California (the "Residence") subject to electronic monitoring.

    (2)    Defendant is not to leave the Residence at any time or for any reason, except for court appearances and to meet with his attorney, without the prior approval of a United States Pretrial Services Officer.

(3)     Defendant is not permitted to be at Monterey Pines apartment complex (formerly known as John F. Kennedy Manor) located on South 37th Street, Richmond, California.

The standard conditions originally imposed by Magistrate Judge Brazil remain in force as does the original $250,000 unsecured bond signed by Movita Thomas, LaEdward Thomas, and Kamika Adanandus.

DATED: _____

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE