UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: August 8, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                                        **No.** CR-08-00349-DLJ

**Defendant:** Ledon Johnttae Ramsey [present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**                **Ruling:**
STATUS                                          -HELD

**Notes:**

**Case Continued to**   8/29/08 AT 9:00AM   for Trial Setting or Change of Plea

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**                         for Pretrial Conference

**Case Continued to**          for             Trial

**Excludable Delay: Category: Begins:** 8/8/08        **Ends:** 8/29/08