**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 27, 2008

<u>VIA FACSIMILE (510) 637-3545</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**<u>United States v. Ledon Ramsey, CR 08-00349 DLJ</u>**
**RE: Request to calendar matter for Thursday, August 28, 2008 for bail review**

Dear Judge Brazil :

    I am writing to ask that this matter be calendared for Thursday, August 28, 2008, at 10:00 a.m., for bail review. When we last appeared before the Court, Your Honor ordered that Mr. Ramsey could leave the half-way house to live with his cousin Movita Thomas and her husband. Judge Jensen upheld your determination. Unfortunately, however, Ms. Thomas has been in and out of the hospital with ongoing medical issues. Given her ongoing medical issues, Ms. Thomas decided that it would not be feasible to have Mr. Ramsey stay with her and her husband. Mr. Ramsey is therefore asking that he be allowed to leave Cornell Corrections to live with his cousin, Tiffany Weston. Ms. Weston is 26 years old and lives at 124 Russell Drive, Antioch, CA with her four children. She has a two bedroom place but her garage was previously converted into a room for a roommate who has since moved out. This space is available for Mr. Ramsey. Ms. Weston is willing to get a land line so that Mr. Ramsey could be monitored by electronic monitoring if the Court felt that this would be appropriate. Ms. Weston works full time as a cashier at a grocery store and has no criminal convictions. She indicated to me that she was arrested eight years ago when she was 18 years old but then released to her parents. This seems to be the only contact she has had with law enforcement.

    I have spoken with US Pretrial Services Victoria Gibson who indicated that she was not available but would prepare a memo, which has already been done. I also spoke with AUSA Garth Hire who is available on that date.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
    /S/
JOYCE LEAVITT
Assistant Federal Public Defender

cc:    Garth Hire, AUSA
       Victoria Gibson , US Pretrial