## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED**<br>AUG 2 6 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **RE:** | Ledon Johnttae RAMSEY |
| **FROM:** | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | | **DOCKET NO.:** | CR08-00349 DLJ |
| **DATE:** | August 26, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>Victoria Gibson</u>           <u>510-637-3752</u>
U.S. Pretrial Services Specialist          TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __4__ on __8/28/08__ at __10:00 a.m.__

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

/s/ Wayne D. Brazil        8/26/08
JUDICIAL OFFICER                  DATE

Cover Sheet (06/02/08)

↳ only to: WDB's Stats, Copy to parties via ECF, Frances, Pret. Svcs.