UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  8/29/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                    **No.** CR-08-00349-DLJ

**Defendant:** Ledon Johnttae Ramsey [present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STAT                                             -HELD

**Notes:**  Discussion re WDB hrg re modification- Court agrees with WDB's modification and conditions.

**Case Continued to     9/5/08 at 9:00AM     for Setting motions/Setting Trial**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                        for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:    8/29/08       Ends: 9/5/08**

CC: PRETRIAL SVCS